UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| MICHAEL WEBSTER VALENTINE, JR., <br><br> Petitioner, <br><br> v. <br><br> RAYMOND MADDEN, Warden, <br><br> Respondent. | NO. LA CV 16-00975-VBF (AS) <br><br> **ORDER Adopting Report & Recommendation;** <br><br> **Denying Habeas Corpus Petition;** <br><br> **Directing Separate Ruling on COA;** <br> **Directing Entry of Separate Final Judgment;** <br><br> **Terminating and Closing the Case (JS-6)** |

Pursuant to 28 U.S.C. section 636 and Fed. R. Civ. P. 72, the Court has reviewed the habeas corpus petition, all of the records herein, the applicable law, and the attached Report and Recommendation of the United States Magistrate Judge to which no objections were filed.

The Report and Recommendation is **ADOPTED**.

**The habeas corpus petition is DENIED.**

**This action is DISMISSED with prejudice.**

**This case is TERMINATED and CLOSED (JS-6).**

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

The Court will rule on a certificate of appealability by separate order.

LET JUDGMENT BE ENTERED ACCORDINGLY. As required by Fed. R. Civ. P. 58(a), judgment will be entered as a separate document.

Dated:     Monday,
           November 14, 2016

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
Senior United States District Judge