UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL WEBSTER VALENTINE, JR., ) | NO. LA CV 16-00975-VBF (AS) |
| Petitioner, ) | |
| v. ) | **FINAL JUDGMENT** |
| RAYMOND MADDEN, Warden, ) | |
| Respondent. ) | |

Consistent with this Court's contemporaneously issued Order Adopting the Report and Recommendation of the United States Magistrate Judge, Denying the 28 U.S.C. Section 2254 Habeas Corpus Petition, Directing a Separate Ruling on a Certificate of Appealability, Directing Entry of Separate Final Judgment, and Terminating and Closing the Case, **final judgment is hereby entered in favor of the respondent and against petitioner Michael Webster Valentine, Junior.**

Dated:   Monday,
            November 14, 2016

_____
VALERIE BAKER FAIRBANK
Senior United States District Judge